# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re: MIKETA NIKOL PAGE

        Debtor.

        Case No. 19-33169-KRH
        Chapter 13

_____

JOHN T. DRAKE
and
EVELYN B. DRAKE,

        Plaintiffs/Movants,

v.

MIKETA NIKOL PAGE
and
CARL M. BATES, TRUSTEE,

        Defendants.

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of John T. Drake and Evelyn B. Drake (hereinafter the "Drakes") to modify the automatic stay in this matter, it is ORDERED that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the Drakes, and their successors and assigns, to exercise, enforce, and pursue all of their rights and remedies under a certain Purchase Agreement dated September 30, 2018, between the Drakes and the Debtor regarding 524

John J. Trexler, Esq.
Hairfield Morton, PLC
2800 Buford Road, Suite 201
Richmond, VA  23235
Phone: (804)320-6600
Fax: (804)320-8040
V. S. B. No. 30053
Counsel for the Movants

Blands Landing, North Prince George, Virginia 23860 (hereinafter the "Property"), a certain Possession By Purchaser Agreement dated September 30, 2018, between the Drakes and the Debtor regarding the Property, and Virginia law with regard to the Property and the default under the aforementioned contracts by the Debtor, including filing suit in state court.

ENTER: Mar 5 2021 /

/s/ Kevin R Huennekens
_____
Judge

Entered On Docket: Mar 7 2021

I Ask For This:

/s/ John J. Trexler
John J. Trexler, Esq.
Hairfield Morton, PLC
2800 Buford Road, Suite 201
Richmond, VA  23235
Phone: (804)320-6600
Fax: (804)320-8040
jtrexler@hmalaw.com
V. S. B. No. 30053
Counsel for the Movants

Seen:

Seen:
/s/ Elizabeth F. Egan (by John J. Trexler with permission from Elizabeth F. Egan based on her e-mail dated 12/17/20)
Elizabeth F. Egan, Esq.
VSB No. 44849
Kimberly Alice Chandler, Esq.
VSB No. 47897
Chandler Law, PLC
P. O. Box 17586
Richmond, VA  23226
Phone: 804-358-9900
kim@chandlerplc.com

Counsel for the Debtor

2

Seen:

s/ Carl M. Bates (by John J. Trexler with permission from Carl M. Bates, Jr. per his consent by facsimile on 12/21/20)
Carl M. Bates, Chapter 13 Trustee
VSB No.27815
P. O. Box 1819
Richmond, VA 23218
(804) 237-6800
(804) 237-6801 (fax)
station01@richchap13.com
Chapter 13 Trustee.

## CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Stay has been endorsed by all necessary parties.

      /s/ John J. Trexler
      John J. Trexler

# SERVICE LIST

John J. Trexler, Esq.
Hairfield Morton, PLC
2800 Buford Road, Suite 201
Richmond, VA  23235

Elizabeth F. Egan, Esq.
Kimberly Alice Chandler, Esq.
Chandler Law, PLC
P. O. Box 17586
Richmond, VA  23226
Phone: 804-358-9900


Carl M. Bates, Chapter 13 Trustee
P. O. Box 1819
Richmond, VA 23218